Otto James HUMMEL, Appellant/Employee,

v.

EAGLE BOATS, LTD., Respondent/Employer,

and

Aetna Casualty & Surety Co., Respondent/Insurer.

No. 68905.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 21, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 10, 1996.

Joseph S. Rubin, Ebert & Menees, Clayton, for appellant.

Daniel Steigerwald, Hayes, Newmark & Steigerwald, St. Louis, for respondent.

Before GERALD M. SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Employee appeals from the Labor and Industrial Relations Commission's denial of compensation for disabilities he claims resulted when a forklift fell on his foot at work. No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a statement of the reasons for the Court's decision. The Commission's denial of compensation is affirmed. Rule 84.16(b).